RMT:PWB/CRH
F. #2016R01868

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| - against - | Cr. No. ____________ |
| ALEXEY BARYSHEFF | (T. 13, U.S.C., § 305(a)(1); T. 18, U.S.C., §§ 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)) |
| Defendant. | |

\- - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

SUBMISSION OF FALSE EXPORT INFORMATION

1. On or about and between February 1, 2015 and October 5, 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALEXEY BARYSHEFF, together with others, did knowingly and intentionally submit false and misleading export information through Shipper's Export Declarations and the Automated Export System relating to the international shipments, and attempted international shipments, of electronic components from the United States to Finland.

(Title 13, United States Code, Section 305(a)(1); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the charged offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting or derived from proceeds traceable to such offenses.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2015R1579
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ALEXEY BARYSHEFF,

Defendant.

# INFORMATION

(T. 13, U.S.C., § 305(a)(1); T. 18, U.S.C., §§ 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_______________________________________
*Foreperson*

*Filed in open court this* __________________ *day,*

*of* _____________ *A.D. 20* _____

_______________________________________
*Clerk*

*Bail, $* ____________

_______________________________________

***Peter Baldwin & Craig Heeren , Assistant U.S. Attorneys (718) 254-7000***