

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PB/CH
F. #2015R01579

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2017

By ECF and Email

The Honorable Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Alexey Barysheff
>       Criminal Docket No. 17-121 (RJD)

Dear Judge Dearie:

By this letter, the government writes to inform the Court that the parties are prepared to proceed with sentencing in the above-captioned case.  In its August 10, 2017 letter (see Docket No. 35), the government requested an adjournment of the sentencing in order to address potential forfeiture issues.  However, after further investigation, the government does not intend to seek forfeiture in this matter.  As such, the government does not anticipate that any further sentencing-related documents will be filed.  The government apologizes for not clarifying these issues for the Court earlier.  The government understands that the Court intends to adjourn the sentencing hearing that is currently scheduled for September 15, 2017.  The government is available for sentencing at the Court's convenience.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/_____
      Peter W. Baldwin
      Craig R. Heeren
      Assistant United States Attorneys
      (718) 254-7000

cc:   Douglas Morris, Esq.
      Clerk of Court (RJD)

1