PROB 12A
(4/8/15)SWPA



RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 12/15/17

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alexey Barysheff | Case Number: 17-CR-121 |

Name of Sentencing Judicial Officer:   The Honorable Raymond J. Dearie, U.S. District Court Judge

Date of Original Sentence:   October 19, 2017

Original Offense:   13 U.S.C. § 305(a)(1), Submission of False Export Information, a Class D felony.

Original Sentence:   Time Served; Two Years Supervised Release; Employment Requirement; and a $100 Special Assessment Fine.

Type of Supervision:   Supervision Release      Date Supervision Commenced:   October 19, 2017

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Positive Drug Test (Alcohol) |

U.S. Probation Officer Action:

As noted on the preceding page, Mr. Barysheff was recently sentenced before Your Honor. During an office visit on December 13, 2017, Mr. Barysheff submitted a urine sample for drug testing. Results obtained from this test provided a positive result for alcohol. Mr. Barysheff, who has only reported social drinking, advised the undersigned that he had consumed approximately six beers the night prior to his office visit.

In response to this event, Mr. Barysheff was issued a verbal warning, and was advised that future positive results for alcohol will result in a recommendation for substance abuse treatment.

Therefore, we are requesting that the Court take no further action; however, our office will continue to monitor his compliance with testing, and will notify Your Honor of any further non-compliance if necessary.

Respectfully submitted,

Lisa Famularo
U.S. Probation Officer
Date: December 14, 2017

Approved by,

Lawrence M. Andres
2017.12.14 15:11:25 -05'00'

Lawrence Andres
Supervisory U.S. Probation Officer
Date: December 14, 2017

---

**THE COURT ORDERS:**
☐ Received; No Further Direction from the Court
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☑ No Action
☐ Other

s/ Raymond J. Dearie
Signature of Judicial Officer

12/15/17
Date